Todd A. Hanchett, OSB No. 992787
todd.hanchett@stoel.com
Alisha L. Kormondy, OSB No. 173916
alisha.kormondy@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BIOTRONIK, INC., | Case No.: 20-cv-00094-MO |
| Petitioner, | **DECLARATION OF TODD A. HANCHETT IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS** |
| v. | |
| RONALD FRY AND DENOVO MEDICAL, INC., | |
| Respondent. | |

I, Todd A. Hanchett, do hereby declare and say:

1. I am an attorney licensed to practice law in the state of Oregon and one of the attorneys representing Petitioner Biotronik, Inc. ("Biotronik") in the above-captioned matter, as well as the underlying arbitration. I make this declaration based on my own personal knowledge.

2. On February 29, 2020, an Arbitration Service of Portland arbitration panel rendered a final award finding that Biotronik owed Respondents $153,009. After the final award was issued, counsel for Respondents indicated that Respondents would be challenging the award.

Page 1 - DECLARATION OF TODD A. HANCHETT IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS

Based on this representation, Biotronik moved to confirm the final award on January 15, 2020 (filing an Amended Petition to Confirm on March 24, 2020). Biotronik stood ready to confirm the award, and had Respondents not indicated that they would be challenging the final award, Biotronik would not have moved to confirm it.

3. On Wednesday, August 26, 2020, I called counsel for Respondents to confer about informally resolving the issue of attorney fees and expenses addressed in Biotronik's motion. My call went to voice mail and I left a detailed message, but I received no response from Respondents' counsel.

4. Attached as **Exhibit A** is a detailed description of the task performed in connection with enforcing the arbitration award, the person who performed the task, the time it took to perform the task, and the value of that time. The calculation of fees in Exhibit A reflects the rates that were the normal and customary rates of the persons listed at the time the work was performed. Each task performed was performed in connection with enforcing the arbitration award. Each task was performed at the level most efficient and economical for the task. Biotronik's counsel acted reasonably both in the quantity of time devoted to the tasks itemized in Exhibit A, and the fees incurred reflect thoughtful staffing and a careful division of work between timekeepers at different experience levels to maximize efficiency.

5. The following is a summary of the time entry description in Exhibit A:

| Name | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Todd A. Hanchett | Partner | $540 | 21 | $11,432.00 |
| Alisha L. Kormondy | Associate | $300 | 53.9 | $16,170.00 |
| Emily C. Atmore | Associate | $290 | 7.5 | $2,175.00 |
| Sean Moore | Paralegal | $260 | 4 | $1,040.00 |

Page 2  -  DECLARATION OF TODD A. HANCHETT IN SUPPORT OF MOTION FOR
             ATTORNEYS' FEES AND COSTS

6. Biotronik's fees associated with preparing its Motion for Attorneys' Fees and Costs, which are included in Exhibit A, may increase with additional briefing and argument.

7. Plaintiff also incurred expenses as detailed in the Bill of Costs filed concurrently herewith. Below is further detail on those reasonable and necessary costs actually incurred in this matter:

Fees of the Clerk:

| Date | Description | Cost |
| --- | --- | --- |
| 1/15/2020 | Filing fee for petition to enforce arbitration award. | $400.00 |

8. I was the lead attorney in this matter. I received my B.S. from Walla Walla College in 1996 and my J.D. from Willamette University College of Law in 1999. I was admitted to the Oregon State Bar in 1999 and the Washington State Bar in 2003, and am also a member of the U.S. District Court for the District of Oregon, the U.S. District Court for the Eastern and Western Districts of Washington, and the Fifth, Eighth and Ninth Circuit Courts of Appeals. I have maintained an active litigation practice for more than 20 years, with a focus on litigation of labor and employment-related matters. My time was billed at $540 per hour. I spent a total of 21 hours representing Biotronik in the enforcement of the arbitration award.

9. Alisha Kormondy received her B.A. in 2007 from Southern Oregon University and her J.D. from University of Oregon School of Law in 2017. She is admitted to practice in Oregon (2017) and Alaska (2018). She is also admitted as a member of the U.S. District Court for the District of Oregon. She joined Stoel Rives LLP in 2017, and focuses her practice on employment litigation, including contractual disputes related to employment. Ms. Kormondy's

time was billed at $300.00 per hour.  She spent a total of 53.9 hours representing Biotronik in the enforcement of the arbitration award.

10. Emily Atmore received her B.A. from the University of St. Thomas in 2015 and her J.D. from the University of Minnesota Law School in 2018.  She is admitted to practice in Minnesota and is admitted as a member of the U.S. District Court for the District of Minnesota.  Ms. Atmore's time was billed at $290.00 per hour.  She spent a total of 7.5 hours representing Biotronik in the enforcement of the arbitration award.

11. Sean Moore is a paralegal with over eight years of experience, and he has extensive experience in complex litigation matters.  Mr. Moore's time was billed at $260 per hour and he spent a total of 4 hours assisting Biotronik in the enforcement of the arbitration award.

12. Attached as **Exhibit B** is a true and correct copy of excerpts from the 2017 Oregon State Bar Economic Survey.

13. Attached as **Exhibit C** is a true and correct copy of the Morones Survey of Commercial Litigation Fees—2018 Update.

14. Attached as **Exhibit D** are true and correct copies of the following documents: Judge Michael Mosman's 2014 Opinion and Order in *Schnitzer Steel Industries, Inc. v. Continental Casualty Corp.*, USDC Case No. 3:10-cv-01174-MO (Nov. 12, 2014), finding Stoel Rives' partner rates of $480 and $560 reasonable, and Judge Michael Simon's 2014 Opinion and Order in *U.S. v. Western Radio Services Co.*, USDC Case No. 3:11-cv-00638-SI (Mar. 27, 2014), finding Stoel Rives' partner rates of $525 and $550 reasonable.

/ / /

/ / /

Page 4  -  DECLARATION OF TODD A. HANCHETT IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: September 2, 2020.

        STOEL RIVES LLP

        *s/ Todd A. Hanchett*
        TODD A. HANCHETT, OSB No. 992787
        todd.hanchett@stoel.com
        Telephone: 503.224.3380

        Attorney for Petitioner

Page 5 - DECLARATION OF TODD A. HANCHETT IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS